UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PORFIRIO GATON,
        Petitioner,

v.                               C.A. No. 04-40157-DPW

DAVID L. WINN,
        Respondent.        O R D E R

WOODLOCK, D. J.

       The Clerk of this Court shall serve a copy of the Petition filed in this action, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

       The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

 8/23/04                                       s/ Douglas P. Woodlock
Date                                          United States District Judge

(2241servINS.wpd - 09/00)                                                                      [2241serv.]