FILED
OFFICE
2004 SEP -7 P 3:43
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES POSTAL SERVICE MONEY ORDER
Serial Number: 07030745954
Year-Month-Day: 2004-09-02
Post Office: 180202
Amount: $5.00
FIVE DOLLARS .00¢

PAY TO: United States District Court of Massachusetts
ADDRESS: 1 Courthouse Way, Suite 2300
Boston, MA 02210