# ATTACHMENT A

```
REGNO..: 10756-052  NAME: GATON, PORFIRIO
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FTS: N/A
                                                RACE/SEX...: WHITE / MALE
FBI NUMBER.: 93546CA8                           DOB/AGE....: 03-11-1957 / 47
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 11-11-2006                         PAR HEAR DT:
---------------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME  STOP  DATE/TIME
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-23-2004 1154  CURRENT
DEV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 04-23-2004 0855  04-23-2004 1154
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-22-2003 1235  04-23-2004 0855
S18    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-22-2003 1235  04-22-2003 1235
S18    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-22-2003 0644 04-22-2003 1235
BRO    HLD REMOVE  HOLDOVER REMOVED              04-22-2003 0644  04-22-2003 0644
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  03-26-2003 1750  04-22-2003 0644
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-26-2003 1750  03-26-2003 1750

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10756-052 NAME: GATON, PORFIRIO
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: N/A
2-A    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 03-12-2003 1044 03-26-2003 1750
CPG    ADMIN REL    ADMINISTRATIVE RELEASE         03-12-2003 1044 03-12-2003 1044
CPG    A-ADMIN      ADMINISTRATIVE ADMISSION       03-12-2003 1042 03-12-2003 1044




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10756-052  NAME: GATON, PORFIRIO
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: N/A
PRE-RELEASE PREPARATION DATE: 05-11-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-11-2006 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: NEW YORK, NORTHERN DISTRICT
DOCKET NUMBER....................: 5:01CR00113-005
JUDGE............................: SCULLIN
DATE SENTENCED/PROBATION IMPOSED: 02-25-2003
DATE COMMITTED...................: 04-22-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVBS              *          PUBLIC INFORMATION        *      08-27-2004
   PAGE 004                         INMATE DATA                     15:24:53
                                  AS OF 08-27-2004
```
Case 4:04-cv-40157-DPW   Document 7-2   Filed 09/22/2004   Page 5 of 7

```
REGNO..: 10756-052 NAME: GATON, PORFIRIO
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000     FTS: N/A


                  FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:    $00.00

------------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  381
 OFF/CHG: T21:846-CONSP TO PWID & TO DIST. COCAINE & COCAINE BASE

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    78 MONTHS
  TERM OF SUPERVISION............:     5 YEARS


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10756-052 NAME: GATON, PORFIRIO
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000     FTS: N/A
 DATE OF OFFENSE................: 03-07-2001

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-16-2004 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-25-2003
TOTAL TERM IN EFFECT............:      78 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:       6 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 03-07-2001


G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVBS             *         PUBLIC INFORMATION           *      08-27-2004
PAGE 006 OF 006                   INMATE DATA                      15:24:53
                               AS OF 08-27-2004
```
Case 4:04-cv-40157-DPW   Document 7-2   Filed 09/22/2004   Page 7 of 7

```
REGNO..: 10756-052 NAME: GATON, PORFIRIO
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: N/A
JAIL CREDIT....................:   FROM DATE      THRU DATE
                                   03-07-2001     02-24-2003

TOTAL PRIOR CREDIT TIME.........: 720
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 297
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 11-11-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-04-2007


PROJECTED SATISFACTION DATE.....: 11-11-2006
PROJECTED SATISFACTION METHOD...: GCT REL

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```