# ATTACHMENT B

```
DEVBS   540*23 *           SENTENCE MONITORING           *   08-27-2004
PAGE 001        *           COMPUTATION DATA             *   15:26:39
                             AS OF 08-27-2004

REGNO..: 10756-052 NAME: GATON, PORFIRIO


FBI NO...........: 93546CA8          DATE OF BIRTH: 03-11-1957
ARS1.............: DEV/A-DES
UNIT.............: G CC              QUARTERS.....: G04-416L
DETAINERS........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-11-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-11-2006 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, NORTHERN DISTRICT
DOCKET NUMBER...................: 5:01CR00113-005
JUDGE...........................: SCULLIN
DATE SENTENCED/PROBATION IMPOSED: 02-25-2003
DATE COMMITTED..................: 04-22-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: T21:846-CONSP TO PWID & TO DIST. COCAINE & COCAINE BASE

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:     78 MONTHS
   TERM OF SUPERVISION............:      5 YEARS
   DATE OF OFFENSE................: 03-07-2001




G0002      MORE PAGES TO FOLLOW . . .
```

```
DEVBS  540*23 *           SENTENCE MONITORING          *    08-27-2004
PAGE 002 OF 002 *           COMPUTATION DATA           *    15:26:39
                            AS OF 08-27-2004

REGNO..: 10756-052 NAME: GATON, PORFIRIO


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-16-2004 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-25-2003
TOTAL TERM IN EFFECT............:    78 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE........: 03-07-2001

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      03-07-2001    02-24-2003

TOTAL PRIOR CREDIT TIME.........: 720
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 297
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 11-11-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-04-2007


PROJECTED SATISFACTION DATE.....: 11-11-2006
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```