# ATTACHMENT C

```
DEVBS  542*22 *              SENTENCE MONITORING            *    08-27-2004
PAGE 001 OF 001 *               GOOD TIME DATA              *    15:26:23
                           AS OF   08-27-2004

REGNO...: 10756-052    NAME: GATON, PORFIRIO
ARS 1...: DEV A-DES                                  PLRA
COMPUTATION NUMBER..: 010                  FUNC..: PRT    ACT DT:
LAST UPDATED: DATE.: 04-16-2004            FACL..: DEV    CALC: AUTOMATIC
UNIT................: G CC                 QUARTERS...........: G04-416L
DATE COMP BEGINS....: 02-25-2003           COMP STATUS........: COMPLETE
TOTAL JAIL CREDIT...: 720                  TOTAL INOP TIME....: 0
CURRENT REL DT......: 03-26-2007 MON       EXPIRES FULL TERM DT: 09-04-2007
PROJ SATISFACT DT...: 11-11-2006 SAT       PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                      ACTUAL SATISF METHOD:
DAYS REMAINING......:                      FINAL PUBLC LAW DAYS:

--------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

   START       STOP      MAX POSSIBLE TO     ACTUAL TOTALS    VESTED    VESTED
   DATE        DATE      DIS      FFT        DIS     FFT      AMOUNT    DATE
  03-07-2001  03-06-2002  54       54
  03-07-2002  03-06-2003  54      108
  03-07-2003  03-06-2004  54      162
  03-07-2004  03-06-2005  54                  10
  03-07-2005  03-06-2006  54
  03-07-2006  11-11-2006  37


       TOTAL EARNED AMOUNT............................:   162
       TOTAL EARNED AND PROJECTED AMOUNT..............:   297




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```