**ATTACHMENT E**

```
REGISTER NO: 10756-052  NAME..: GATON, PORFIRIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2004
                        RSP OF: DEV-DEVENS FMC
```
---
```
REPORT NUMBER/STATUS.: 1206143 - SANCTIONED  INCIDENT DATE/TIME: 03-28-2004 1030
DHO HEARING DATE/TIME: 04-07-2004 1505
FACL/CHAIRPERSON.....: DEV/BRACY, D.
REPORT REMARKS.......: EVIDENCE SUPPORTS CODE 332, STAFF SAW INMATE SMOKING A
                       CIGARETTE IN BATHROOM WITH OTHER INMATES.  I/M-ADMITS.
   332  SMOKING IN UNAUTHORIZED AREA - FREQ: 1
        DIS GCT     / 10 DAYS / CS
        COMP:010 LAW:P   SANCTIONED IN ACCORDANCE WITH P.S. 5270.07.
        DS          / 10 DAYS / CS
        COMP:    LAW:    10-DAYS DISCIPLINARY SEGREGATION.
        LP COMM     / 1 YEARS / CS
        COMP:    LAW:    1-YEAR LOSS OF COMMISSARY PRIVILEGES.
                         SANCTION BEGINS ON 4/07/04.


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 10756-052  NAME..: GATON, PORFIRIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2004
                        RSP OF: DEV-DEVENS FMC

DHO HEARING DATE/TIME: 04-07-2004 1505    REPORT 1206143 CONTINUED
        LP VISIT   / 1 YEARS / CS
        COMP:    LAW:    1-YEAR LOSS OF SOCIAL VISITING PRIVILEGES.
                         SANCTION BEGINS ON 4/07/04.




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```