**ATTACHMENT F**

```
 DEVBS              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      08-27-2004
 PAGE 001 OF 001                                                        15:25:28
           FUNCTION: LST SCOPE: REG    EQ 10756-052      OUTPUT FORMAT: FULL
 -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
 DT RCV: FROM _____  THRU _____   DT STS: FROM _____  THRU _____
 DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
 DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
 STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
 SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
 EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
 RCV  OFC : EQ _____ _____ _____ _____ _____ _____
 TRACK: DEPT: _____ _____ _____ _____ _____ _____
        PERSON: _____ _____ _____ _____ _____ _____
          TYPE: ___ ___ ___ ___ ___ ___
 EVNT FACL: EQ _____ _____ _____ _____ _____ _____
 RCV FACL.: EQ _____ _____ _____ _____ _____ _____
 RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
 RCV QTR..: EQ _____ _____ _____ _____ _____ _____
 ORIG FACL: EQ _____ _____ _____ _____ _____ _____
 ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
 ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


 G5152         NO REMEDY DATA EXISTS FOR THIS INMATE
```