# ATTACHMENT G

BP-S148.055 INMATE REQUEST TO STAFF CDRFM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| STPHEN GAGNON, ISM | 7-22-04 |
| FROM: | REGISTER NO.: |
| PORFIRIO GATON | 10756-052 |
| WORK ASSIGNMENT: | UNIT: |
| ORDERLY / GB | GB |

SUBJECT: (Briefly state your question or concerned the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to respond to your request.)

On April 23, 2004, the Honorable B. Crabb, Chief U.S. District Judge for the Western District of Wisconsin, ruled that federal prisoners are entitled to good condict credit totalling 54 days per year, for every year of the "Sentence imposed". See, **White v. Scibana**, Docket No.: 03-CV-581-C (4/23/04). this holding calls into question the operation and correctness of both **28 C.F.R § 523.20** and **5880.28**. Consequently, I am hereby respectfully requesting that my good conduct time allowance be re-computed, consistent with the holding in **Scibana**, supra.

Please take notice that this ruquest shall constitute the exhaustion of my administrative remedies, and that further exhaustion would be futile.

Thank you for your time and attention in this matter.

(Do not write below this line.)

---

DISPOSITION:

| Signature Staff Member: | Date: |
|---|---|

Record Copy – File; Copy – Inmate
(This form may be replicated via WP)



This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Per Program Statement 5880.28, Goof Conduct Time (GCT) is controlled by 18 U.S.C. 3624(b) - it states:

A prisoner who is serving a term of imprisonment of more than one year, other than a term of imprisonment for the duration of his life, shall receive credit toward the service of his sentence, beyond the time served, of fifty-four days at the end of each year of his term of imprisonment............

For computation purposes, it is necessary to remember the following about subsection 3624(b):

> 54 days of GCT may be earned for each full year served on a sentence in excess of one year, with the GCT being prorated for the last partial year.

Your good conduct time is calculated for each year actually served, not the total term in effect. You must be in custody to receive good conduct time.

If the above answer is not satisfactory to your request, you may begin the Administrative Remedy process.

A current good time data sheet is attached - you are earning 54 days per year.