```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

PORFIRIO GATON,              )
       Petitioner,     )
                                  )
     v.                     )  C.A. No. 04-40157-DPW
                                  )
DAVID L. WINN,               )
       Respondent.     )

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's electronic Memorandum and Order entered December 14, 2004[1] dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk
DATED: December 14, 2004

---

[1] The entry appears as follows:

Judge Douglas P. Woodlock : electronic MEMORANDUM AND ORDER entered granting (6) Motion to Dismiss. In this petition under 28 U.S.C. sec. 2241, petitioner challenges the calculation of Good Conduct Time by the Bureau of Prisons. The respondent has moved to dismiss on grounds the petitioner has not exhausted his administrative remedies regarding that calculation. Despite passage of a substantial period of time within which to do so, petitioner has not filed any response to the motion. The motion appears well founded. This dispute is not ripe until petitioner has demonstrated he has exhausted his administrative remedies. (Woodlock, Douglas) (Entered: 12/14/2004)